No. 3036. Robledo, Appellant, v. Solá et al., Appellees. — District Court of Humacao. Decided May 4, 1923. Debt. It appearing that although more than 90 days have elapsed from the date of the notice of the appeal and the transcript has not been filed in this court, the statement of the case is being prepared in the court below upon extensions of time granted and no showing of negligence on the part of the appellant having been made, the appellee's motion for dismissal is overruled.

No. 2898. Cintrón, Appellee, v. Central Juliana, Inc., Appellant.—District Court of Ponce. Decided May 4, 1923. Damages.

Whereas, The only errors assigned by the appellant are the following: 1, That the court erred in overruling the demurrer of the defendant; 2, in finding all of the allegations of the complaint proved and in sustaining the complaint, and, 3, in allowing the plaintiff $1,500 for damages and the costs;

Whereas, The court has duly examined the briefs in the light of the jurisprudence cited, and

Whereas, We have concluded that the complaint states facts sufficient to constitute a cause of action and that the court below in weighing the evidence did not commit such manifest errors as to require a reversal of the judgment;

Therefore, The judgment of the district court of August 9, 1922, is affirmed.

No. 3039. Colón, Appellee, v. Alvarado et al., Appellants.—District Court of Ponce. Decided May 4, 1923. The appellee's motion for dismissal is sustained and the appeal is dismissed.